No. 76-6034.  POTTER *v.* DEPARTMENT OF SOCIAL SERVICES. Appeal from Ct. App. Cal., 1st App. Dist., dismissed for want of jurisdiction.

No. 75-1079.  SCHANEFELT *v.* PARADISO.  Appeal from Sup. Ct. N. M.  Judgment vacated and case remanded for further consideration in light of *Califano* v. *Goldfarb,* 430 U. S. 199 (1977), and *Trimble* v. *Gordon,* 430 U. S. 762 (1977).

No. 75-1148.  LALLI *v.* LALLI, ADMINISTRATRIX.  Appeal from Ct. App. N. Y.  Judgment vacated and case remanded for further consideration in light of *Trimble* v. *Gordon,* 430 U. S. 762 (1977).

No. 75-1610.  PENDLETON *v.* PENDLETON ET AL.  Appeal from Sup. Ct. Ky.  Judgment vacated and case remanded for further consideration in light of *Trimble* v. *Gordon,* 430 U. S. 762 (1977).

No. 76-1016.  WARDEN, GREEN HAVEN STATE PRISON *v.* PALERMO.  C. A. 2d Cir.  The Court is advised that respondent was found dead at John F. Kennedy Airport, N. Y., on March 25, 1977.  The petition for certiorari is therefore dismissed.  *Dove* v. *United States,* 423 U. S. 325 (1976).

No. ———.  MARK TRAIL CAMPGROUNDS, INC. *v.* FIELD ENTERPRISES, INC., ET AL.  Ct. App. Ga.  Motion of Mark Trail Campgrounds, Inc., for leave to proceed *in forma pauperis* denied.